ALBERT G. DAVIAU ET AL. *v.* PLANNING COMMISSION
OF THE CITY OF PUTNAM

The plaintiffs' motion to dismiss the appeal from
the Court of Common Pleas in Windham County is
denied.

*John J. Maher,* for the appellees (plaintiffs).

*A. Richard Karkutt, Jr.,* for the appellant
(defendant).

Argued October 5—decided October 5, 1976

STATE OF CONNECTICUT *v.* EDWARD HOLLOWAY

The motion by the firm Carter, Van Norstrand &
Pacifico to withdraw its appearance for the defend-
ant in the appeal from the Superior Court in Fair-
field County is granted.

*Paul J. Pacifico,* on the motion.

Argued October 5—decided October 5, 1976

ANTHONY G. RUSSO ET AL. *v.* REDEVELOPMENT AGENCY
OF THE CITY OF HARTFORD

The plaintiffs' motion to dismiss the appeal from
the Superior Court in Hartford County is denied.

*Mark C. Yellin,* for the appellees (plaintiffs).

*Thomas P. Heslin,* for the appellant (defendant).

Argued October 5—decided October 5, 1976